UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MAXIM ZHUKOVA and LUDMILA
ZHUKOVA,

                Plaintiffs,

       v.

ANDREA QUARANTILLO, et al.

               Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 7918 (AKH)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         October 16, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:    /s/
       JOHN D. CLOPPER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2716
       Facsimile: (212) 637-2750
       Email: john.clopper@usdoj.gov

TO:    Jacqueline I. Meyer, Esq.
         1540 Broadway, 24th Floor
         New York, NY 10036