# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **State of New York** |

**Maxim Zhukov, et al**

    Plaintiff

vs.

**Andrea Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services, et al**

    Defendant

Attorney:

Hodgson Russ LLP
Jacqueline Meyer, Esq.
230 Park Avenue
New York, NY. 10169

**Case Number:** 07 CIV 7918

Legal documents received by Target Research Services, Inc. on October 08th, 2007 at 10:00 AM to be served upon **Michael Chertoff, Secretary, Department of Homeland Security at 3801 Nebraska Ave., NW, Washington, DC. 20016**

I, Brandon A. Snesko, swear and affirm that on **October 09th, 2007 at 2:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits**, to **Meghan Gemunder** as **Attorney & Authorized Agent** of the within named agency, to wit: **US Department of Homeland Security** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 30  Height: 5'9  Weight: 160  Skin Color: White  Hair Color: Dark Brown  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Target Research Services, Inc.**
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000005076

Reference Number: 07-003672

District of Columbia : SS
Subscribed and Sworn to before me
this 11th day of Oct 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.