# AFFIDAVIT OF PROCESS SERVER

United States District Court                              State of New York

**Maxim Zhukov, et al**                                   Attorney:

    Plaintiff                         Hodgson Russ LLP
                                                          Jacqueline Meyer, Esq.
vs.                                                       230 Park Avenue
                                                          New York, NY. 10169

**Andrea Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services, et al**

    Defendant

**Case Number:** 07 CIV 7918

Legal documents received by Target Research Services, Inc. on October 08th, 2007 at 10:00 AM to be served upon **Robert S. Mueller, III, Director, Federal Bureau of Investigation at 935 Pennsylvania Ave., NW, Washington, DC. 20535**

I, Brandon A. Snesko, swear and affirm that on **October 09th, 2007 at 10:55 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits**, to **Jennifer Olkiewicz** as **Attorney & Authorized Agent** of the within named agency, to wit: **Federal Bureau of Investigation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 130   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Target Research Services, Inc.
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000005077

Reference Number: 07-003673

District of Columbia : SS
Subscribed and Sworn to before me
this 11TH day of OCT, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.