**United States District Court**
**Southern District of New York**

-------------------------------------------------------------------------------

**ZHUKOV, ET AL.**                                              )
                                                                ) **Index No.: 07 CIV 7918**
                                                                )
                                                                )
                    **Plaintiff**                               )
                v.                                              )
**QUARANTILLO, ET AL.**                                         )
                                                                )
                                                                )
                    **Defendant**                               )

-------------------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 3:50 PM at 26 FEDERAL PLAZA, NEW YORK, NY 10278, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, EXHIBITS, CIVIL COVER SHEET on ANDREA J. QUARANTILLO therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female        Race/Skin: White        Hair: Brown        Glasses: Yes        Approx. Age: 40        Height: 5'6"        Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____                                      10/16/07
Teddy Valcin, lic. #1103442                                    Executed on:
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____16th_____ day of _October_, 2007.
                                    My Commission Expires:  3/28/09
_____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600