**United States District Court**
**Southern District of New York**

------------------------------------------------------------------------

ZHUKOV, ET AL.                                  )
                                                ) **Index No.: 07 CIV 7918**
                                                )
                                                )
                        **Plaintiff**           )
              v.                                )
QUARANTILLO, ET AL.                             )
                                                )
                                                )
                        **Defendant**           )

------------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on OCTOBER 09, 2007 at 3:50 PM at 26 FEDERAL PLAZA, NEW YORK, NY 10278, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, EXHIBITS, CIVIL COVER SHEET on EMILIO GONZALEZ therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Glasses: No    Approx. Age: 40    Height: 5'6"    Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/16/07

Subscribed and sworn to before me, a notary public, on this ___16th___ day of ___October___, 2007.
_____    My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

ZHUKOV, ET AL. )
) **Index No.: 07 CIV 7918**
)
)
**Plaintiff** )
v. )
QUARANTILLO, ET AL. )
)
)
**Defendant** )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 4:29 PM at C/O U.S. ATTORNEY'S OFFICE, SOUTHERN DISTRICT, 86 CHAMBERS, NY, NY, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF IN THE NATURE OF A MANDAMUS, CIVIL COVER SHEET on EMILIO GONZALEZ therein named.

By delivering thereat a true copy of each to MS. CHARLES personally, who stated to be the AUTHORIZED RECIPIENT for the United States District Court, Southern District of New York.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black    Glasses: Yes    Approx. Age: 35    Height: 5'7"    Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____          10/16/07
Teddy Valcin, Lic. #1103442           Executed on:
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___16th___ day of ___October___, 2007.
My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009