

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 5, 2007

**BY HAND**
The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    *Zhukov v. Quarantillo et al.*, 07 Civ. 7918 (AKH)

Dear Judge Hellerstein:

    This Office represents the defendants Andrea Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services ("USCIS"); Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); Emilio Gonzalez, Director, USCIS; and Robert Mueller, Director of the Federal Bureau of Investigation ("FBI") (collectively, the "Government"), in the above-referenced case. Plaintiffs Maxim Zhukov and Ludmila Zhukova seek to compel the Government to adjudicate their applications for permanent residence.

    The Government's answer or other responsive pleading is currently due on December 10, 2007. The Government respectfully requests a 30-day extension of time – until January 9, 2008 – to answer or otherwise respond to the complaint. The extension of time will enable the Government to better determine the status of plaintiffs' applications for permanent residence.

    This is the Government's first request for an extension. Plaintiffs' counsel consents to this request. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *John Clopper*
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

cc:     <u>BY MAIL</u>
        Jacqueline I. Meyer, Esq.
        Hodgson Russ LLP
        1540 Broadway, 24th Floor
        New York, NY 10036