**ORIGINAL**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

December 28, 2007

**BY HAND**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    *Zhukov v. Quarantillo et al.*, 07 Civ. 7918 (AKH)

Dear Judge Hellerstein:

      This Office represents the defendants Andrea Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services ("USCIS"); Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); Emilio Gonzalez, Director, USCIS; and Robert Mueller, Director of the Federal Bureau of Investigation ("FBI") (collectively, the "Government"), in the above-referenced case. Plaintiffs Maxim Zhukov and Ludmila Zhukova seek to compel the Government to adjudicate their applications for permanent residence.

      The Government's answer or other responsive pleading is currently due on January 9, 2008. The Government respectfully requests an extension of time until February 10, 2008 to answer or otherwise respond to the complaint. The FBI is currently in the process of investigating plaintiffs' applications. The Government has requested that the FBI expedite its investigation. It is the Government's hope that an extension of time will permit the FBI to complete its investigation, at which point the Government anticipates it will be able to adjudicate plaintiffs' applications for permanent residence and thereby obviate the need for any judicial intervention.

*So ordered*
*1-2-08*
[signature]

This is the Government's second request for an extension. On December 6, 2007, the Court granted the Government's initial request for a 30-day extension.

Plaintiffs' counsel consents to this request. Thank you for your consideration of this request.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney

By:                                    /s/ John D. Clopper
                                        JOHN D. CLOPPER
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2716
                                        Facsimile: (212) 637-0033

cc:     BY MAIL
         Jacqueline I. Meyer, Esq.
         Hodgson Russ LLP
         1540 Broadway, 24th Floor
         New York, NY 10036